UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff
Hearing Date: 6-26-14

Bankruptcy Case No.: 14-08014
Adversary No.:

Title of Case: Marvin Oneal July & Collete Yvonne July

Brief Statement of Motion: Objection to Confirmation

Names and Addresses of moving counsel:
Kropik, Papuga & Shaw
120 LaSalle St., Ste. 1500
Chicago, IL 60603

Representing: NCEP, LLC

## ORDER

It is hereby ordered:
Debtor's plan shall be modified at Section E(3)(b) to change the creditor's name from Santander Consumer Group to NCEP, LLC.

/s/ Eugene R. Wedoff
26 JUN 2014